**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39979**

| | |
|---|---|
| STATE OF IDAHO, | 2013 Unpublished Opinion No. 564 |
| Plaintiff-Respondent, | Filed: July 2, 2013 |
| v. | Stephen W. Kenyon, Clerk |
| EFREN MIRANDA MIRANDA-ALFARO, aka EFREN ALFARO MIRANDA, JOSE EFREN MIRANDA-ALFARO, EFREN ALFARO, ERFEN MIRANDA, ERFEN MIRANDA ALFARO, | THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY |
| Defendant-Appellant. | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Thomas J. Ryan, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of five years, for aggravated driving under the influence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

Efren Miranda Miranda-Alfaro, aka Efren Alfaro Miranda, Jose Efren Miranda-Alfaro, Efren Alfaro, Erfen Miranda, Erfen Miranda-Elfaro, pled guilty to aggravated driving under the influence. I.C. § 18-8006. In exchange for his guilty plea, the state agreed not to pursue an allegation that Miranda-Alfaro was a persistent violator. The district court sentenced Miranda-Alfaro to a unified term of fifteen years, with a minimum period of confinement of five years. Miranda-Alfaro appeals.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Miranda-Alfaro's judgment of conviction and sentence are affirmed.